# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COLUMBUS LIFE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> WILMINGTON TRUST COMPANY, as Securities Intermediary <br><br> Defendant. | C.A. No. 1:20-CV-00744-MN |

## [PROPOSED] ORDER

**AND NOW**, this _____ day of _____, 2020, upon consideration of Plaintiff, Columbus Life Insurance Company's Motion to Remand and Defendant, Wilmington Trust Company, as securities intermediary's Response in opposition thereto, it is hereby **ORDERED** that the Motion to Remand is **GRANTED** and this action is **REMANDED** to Delaware Superior Court, Complex Commercial Litigation Division.

**IT IS FURTHER ORDERED** that following remand, the Clerk of Court shall promptly close this case.

DATED: _____

BY THE COURT:

_____
The Honorable Maryellen Noreika, U.S.D.J.